1
2
3                  **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
    **UNITED STATES OF AMERICA,**
6                                                        **Case No.  CR05-5415**
              **Plaintiff,**
7                                                        **INITIAL ORDER RE:**
              **v.**                                     **ALLEGATIONS OF**
8                                                        **VIOLATION OF**
    **DANIEL P. MC BRIDE,**                              **CONDITIONS OF**
9                                                        **SUPERVISION**
              **Defendant.**
10
11
        **THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation
12  Office alleging that the defendant has violated the conditions of supervision.

13      The plaintiff appears through Assistant United States Attorney, CPT KENNETH TYNDAL

14      The defendant appears personally and represented by counsel,   COLIN FIEMAN

15      The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
        supervision, and the defendant has been advised of the allegation(s).
16
        The court finds probable cause with regard to the allegation(s) and schedules a hearing on the
17      petition to be held at the time and date below set forth before Judge J KELLEY ARNOLD.

18              *Date of hearing:*      **JANUARY 4, 2006**

19              *Time of hearing:*      **2:00 PM**

20
        **IT IS ORDERED that the defendant:**
21
        **(X)**  Be detained for failing to show that he/she will not flee or pose a danger to any other person
22      or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court
        for further proceedings.
23
        The clerks shall direct copies of this order to counsel for the United States, to counsel for the
24  defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
    Office.
25
                                                     **December 27, 2005.**
26

27                                                    s/ J. Kelley Arnold
                                                     **J. Kelley Arnold, U.S. Magistrate Judge**
28

ORDER
Page - 1